UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DONNA M. HARRAH,

    Plaintiff,

v.                                         Civil No. 4:15cv95

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

### ORDER

This matter is currently scheduled for a jury trial on February 28, 2017. The Home Equity Line of Credit Agreement at issue in this matter, ECF No. 40-1, at 9, contains a "Waiver of Jury Trial" provision. Each party to this case is **ORDERED** to electronically file a Notice of its position on this issue with the Court by 5:00 p.m., on January 19, 2017, as to whether this matter should be tried by a jury, and if so, why.

It is so **ORDERED**.

                                                      /s/
                                            Mark S. Davis
                                   United States District Judge

Norfolk, Virginia
January 17, 2017